```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                -v-                                          :
                                                             :
                                                             :
    JESSE GIBSON,                                            :
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2022

1:22-cr-195-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on April 28, 2022 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 27, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge