```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -v-                                  1:22-cr-195-GHW

    JESSE GIBSON,                                  <u>ORDER</u>

                             Defendant.
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of defendant JESSE GIBSON, by and through his attorney, LISA SCOLARI, and with the consent the United States of America, by and through, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by and through COURTNEY HEAVEY, Assistant United States Attorney, of counsel, it is hereby ORDERED that the conference scheduled for September 15, 2022 is adjourned to September 20, 2022 at 2:00 p.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through September 20, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

      SO ORDERED.

Dated: September 12, 2022
New York, New York

                                                                            GREGORY H. WOODS
                                                                United States District Judge