```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                                                               :
                        -v-                                    :
                                                               :
                                                               :
    JESSE GIBSON,                                              :
                                                               :
                                            Defendant.         :
-------------------------------------------------------------- X
```

| | |
|---|---|
| | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #:_____ |
| | DATE FILED: 1/13/2023 |

1:22-cr-195-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on January 17, 2023 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge