USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2023

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

April 12, 2023

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**MEMORANDUM ENDORSED**

**Re: United States v. Jesse Gibson**
22 Cr 195 (GHW)

Your Honor:

    I write to request an adjournment of the sentence currently scheduled for April 21, 2023 to a date during the weeks of June 11 or June 19, 2023, other than June 22, 2023. The parties have just received the final presentence report. I need time to review it with Mr. Gibson and file a timely sentencing submission.

    The government, by Courtney Heavy, Esq., consents to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

---

Application granted. The sentencing hearing scheduled for April 21, 2023 is adjourned to June 12, 2023 at 10:00 a.m. The defendant's sentencing submissions are due no later than two weeks prior to the date of the hearing; the Government's sentencing submissions are due no later than one week prior to the date of the hearing.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.
SO ORDERED.
Dated: April 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge