LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

April 26, 2024

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Jesse Gibson**
22 Cr 195 (GHW)

Your Honor:

　　Attached please find Exhibit A to the defense sentencing submission filed on ECF on April 25, 2024. The original was too large to file on ECF but the attachment has been reduced for filing.
.

　　　　　　　　Respectfully,

　　　　　　　　*Lisa Scolari*

　　　　　　　　Lisa Scolari and Thomas Ambrosio